## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8224 | **DATE** | 3/2/2011 |
| **CASE TITLE** | Dale Jensen vs. Sunrise Senior Living Services, Inc. | | |

**DOCKET ENTRY TEXT**

Counsel having reported that all claims have been settled, the above cause is dismissed with prejudice. Status hearing set for 4/27/2011 is stricken.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|